UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TIMOTHY HOLDEN and KEVA HOLDEN,

                Plaintiffs,

v.                                                     Case No. 04-10359-BC
                                                     Honorable David M. Lawson

CITY OF SAGINAW, SAGINAW POLICE
DEPARTMENT, MARK LIVELY, AUTO
OWNERS INSURANCE CO., DIANE
FROST, and SANDRA PATES,

                Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

      Presently before the Court is the report issued on April 19, 2006 by Magistrate Judge Charles E. Binder pursuant to 28 U.S.C. § 636(b), recommending that this Court dismiss the case for want of prosecution. Although the magistrate judge's report explicitly stated that the parties to this action may object to and seek review of the recommendation within ten days of service of the report, no objections have been filed. The parties' failure to file objections to the Report and Recommendation waives any further right to appeal. *Smith v. Detroit Federation of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the motion. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the Magistrate Judge.

      Accordingly, it is **ORDERED** that the Magistrate Judge's Report and Recommendation [dkt

# 52] is **ADOPTED**, and the plaintiff's case is **DISMISSED WITH PREJUDICE**.

                                                 s/David M. Lawson  
                                                 DAVID M. LAWSON  
                                                 United States District Judge

Dated: May 10, 2006

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 10, 2006.

                                     s/Tracy A. Jacobs  
                                     TRACY A. JACOBS